

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

------------------------------------------------

UNITED STATES OF AMERICA,

        Plaintiff,                4:01CR40013-003

        v.                            GARNISHEE ORDER

CRISTYE EASTON,

        Defendant,

        and

BUSHNELL CORPORATION,
OVERLAND PARK, KS,
and its successors or assigns,

        Garnishee.

------------------------------------------------

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on May 3, 2010, stating that at the time of the service of the Writ it had, in its possession or under its control, personal property belonging to and due the Defendant, and that Garnishee was indebted to Defendant in the sum of $1,930.16 for the Defendant's bi-weekly net earnings.

On April 21, 2010, the Defendant was notified of the right to a hearing and has not requested a hearing to determine exempt property.

Pursuant to 28 U.S.C. §3205(c)(7), 15 U.S.C. §1673(a)(1) and 29 C.F.R. §810.10(c),

IT IS ORDERED that Garnishee, and its successors or assigns, pay to the Plaintiff the amount which the Garnishee was previously ordered to withhold from Defendant upon service of, and pursuant to, the Writ, namely, twenty-five percent (25%) of the Defendant's bi-weekly net earnings, including bonuses, or the amount by which the Defendant's disposable earnings for the week exceed thirty times the federal minimum hourly wage, whichever is less.

IT IS FURTHER ORDERED that Garnishee, and its successors or assigns, pay to the Plaintiff twenty-five percent (25%) of the Defendant's future bi-weekly net earnings, including bonuses, or the amount by which the Defendant's future disposable earnings for the week exceed thirty times the federal minimum hourly wage, whichever is less. The amount to be paid to the Plaintiff should be increased or decreased by the Garnishee in equal proportion to any increase or decrease in the Defendant's earnings without further order of this Court. Payments should be made payable to the U.S. Clerk of Court and mailed to the Clerk at 400 South Phillips, Room 128, Sioux Falls, South Dakota 57104-6851.

IT IS FURTHER ORDERED that the Garnishee, and its successors or assigns, continue said payments until the debt to the Plaintiff is paid in full, until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further order of this Court.

DATED: June 10, 2010

BY THE COURT:

_____
JOHN B. JONES
SENIOR JUDGE

ATTEST:
JOSEPH HAAS, CLERK

BY _____
DEPUTY